1310

Present—Hurlbutt, J.P., Martoche, Lunn, Green and Gorski, JJ.

ST. LUKE RESIDENTIAL HEALTH CARE FACILITY, INC., Appellant, v EILEEN MILLS, Respondent. [852 NYS2d 920]—

Present—Hurlbutt, J.P., Martoche, Lunn, Green and Gorski, JJ.

McGRANN PAPER CORPORATION, Respondent, v ONEIDA MADISON PENNYSAVERS, INC., Appellant. (Appeal No. 1.) [853 NYS2d 518]—

Present—Hurlbutt, J.P., Martoche, Lunn, Green and Gorski, JJ.

McGRANN PAPER CORPORATION, Respondent, v ONEIDA MADISON PENNYSAVERS, INC., Appellant. (Appeal No. 2.) [852 NYS2d 920]—

Present—Hurlbutt, J.P., Martoche, Lunn, Green and Gorski, JJ.

In the Matter of RAYMOND CLYDE, Petitioner, v BRIAN FISCHER, as Commissioner of New York State Department of Correctional Services, Respondent. [853 NYS2d 519]—